AO 442 (Rev.02/2005-EDVA) Warrant for ...

# United States District Court
## EASTERN DISTRICT OF VIRGINIA

## WARRANT FOR ARREST

UNITED STATES OF AMERICA
v.

Emmett Spencer

**08-217-M-01**

CASE NUMBER : C1344489, 90, 91

**FILED**
**MAR 27 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**To:** The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest _Emmett Spencer_ and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__Indictment __Information __Complaint __Order of Court __Violation Notice __Probation Violation Petition __Supervised Release Petition _x_ Pretrial Release Petition

charging him or her with (brief description of offense):

Violation of Pretrial Release - See Attached Petition

In Violation of Title **18** United States Code, Section(s) **3148**

---

**Kathy Roberts**
Name of Issuing Officer

_(signature)_
Signature of Issuing Officer

**Deputy Clerk**
Title of Issuing Officer

3/7/08
**401 Courthouse Square Alexandria, VA 22314**
Date and Location

Bail fixed at $_____ by_____

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
|  | Pro per<br>D.L. Tolliver<br>D USM | _(signature)_ |
| Date of Arrest<br>3-27-08 | | |

PS 8
(12/06)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA



0 8 - 2 1 7 - M - 0 1

U.S.A. vs. Emmett Spencer                             Docket No. C1344489,90,91

Petition for Action on Conditions of Pretrial Release

COMES NOW Kimberly Hess, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Emmett Spencer, who was placed under pretrial release supervision by the Honorable John F. Anderson sitting in the Court at Alexandria, on February 7, 2008, under the following conditions:

Pretrial Services Supervision, Not Operate a Motor Vehicle without a Valid License and Not Travel Outside the Washington, DC Metropolitan area without prior approval of pretrial services or the court

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE
AS FOLLOWS:

The defendant traveled to New Jersey without prior permission of pretrial services or the court;
The defendant operated a motor vehicle without a valid license; and
The defendant was issued a citation for operating after suspension by the New Jersey State Police.

PRAYING THAT THE COURT WILL ORDER Warrant

ORDER OF COURT

Considered and ordered this 7th day of MARCH, 2008 and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 7, 2008

_____
U.S. Pretrial Services Officer

Place: Alexandria